PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8931
     Facsimile: (415) 744-0134
     E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LAURA J. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-01025-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to April 3, 2017 to respond to Plaintiff's opening brief.  This is Defendant's first request for an extension of time.  Defendant's counsel did not realize that Plaintiff had filed her opening brief and apologizes for the delay in submitting the brief or an extension request by the due date, March 1, 2017.

     This request is made in good faith with no intention to unduly delay the proceedings.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stipulation and Proposed Order for Extension of Time; 2:16-cv-01025-AC

1

1 | Counsel apologizes to the Court for any inconvenience caused by this delay.

3 | Respectfully submitted,

4 | Dated: March 23, 2017

*/s/ Robert Weems by Chantal R. Jenkins\**
Robert Weems
As authorized *via* email by Robert Weems on March 23, 2017
Attorney for Plaintiff

Dated: March 23, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated: March 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order for Extension of Time; 2:16-cv-01025-AC

2